# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>Casey Bright DOB: 1996; U.S. Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**20-00424 MJ** |

Complaint for violation of Title 18 United States Code §§ 922(g)(1) & 924(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 23, 2020, at or near Nogales, in the District of Arizona, **Casey Bright**, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is Dangerous drug possession for sale, in Graham County Superior Court Case No S-0500/CR-201500372, on February 23, 2016, did knowingly possess a firearm, that is a New England Firearms, 12 gauge shotgun, bearing serial number NC217810, said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 23, 2020, at approximately 12:41 p.m., agents working patrol duties near Nogales, Arizona, saw a purple GMC Jimmy pull into a Circle K parking lot. Agents noticed that there was one driver and three passengers in the back seat of the vehicle. During a consensual encounter with the driver, identified as **Casey Bright**, agents asked **Bright** if the three passengers were in the U.S. illegally and **Bright** placed his head down and sighed. Agents then asked the three passengers of their nationality and all three passengers admitted to being from Mexico and being in the U.S. illegally. Agents asked **Bright** if there was anything in the vehicle that could cause any harm to the agents and **Bright** admitted that he had a shotgun in the vehicle. Agents searched the vehicle and found a short barrel 12 gauge shot gun hidden inside a duffle bag in the rear of the vehicle. That is a New England Firearms, 12 gauge shotgun, bearing serial number NC217810, said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state.

Bright had been knowingly convicted of a crime punishable by imprisonment for a term exceeding one year, that is Dangerous drug possession for sale, in Graham County Superior Court Case No S-0500/CR-201500372, on February 23, 2016.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA JJF/ri /s/ A. C. Ackerman for JJF<br>Sworn to telephonically. | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA Digitally signed by RICARDO ISLAVA Date: 2020.07.22 10:12:50 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 22, 2020 |

CC: AUSA, USM(2) PTS

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54